CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jose Baudel Reyes**; DOB: 1997; United States<br>**Eduardo Miguel Ortega-Sanchez**; DOB: 2004; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-3603MJ |

Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(ii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about June 15, 2026, in the District of Arizona, **Jose Baudel Reyes** and **Eduardo Miguel Ortega-Sanchez**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Rebeca Ramirez-Maria; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On June 15, 2026, in the District of Arizona (Sells), at approximately 1:15 p.m. Border Patrol Agents (BPAs) parked at mile marker 21 (mm21) on Federal Route 19 (FR 19) observed a dark colored Chevy Tahoe driving south with a temporary license plate. The windows were rolled halfway down, and BPAs saw a young male driver. BPAs followed the vehicle for further investigation. BPAs noticed that the vehicle was driving at the speed limit and even got passed by a local. This stood out to them, because on the reservation, most locals drive well above the speed limit. The vehicle turned east bound into the village of South Komelik, near the cell tower at MM11.5. This area is a well-known location for illegal aliens (IAs) to get picked up, as the cell tower is an easy landmark to walk towards and there are thick washes to hide in until the ride arrives. BPAs turned around to find a spot to park and wait for it to come back out. Within approximately a couple minutes BPAs observed the Tahoe traveling back northbound. BPAs saw the driver and observed he had a firm grip on the steering wheel and was staring straight ahead. BPAs tried to run record checks on the temporary license plate but could not because it was unreadable. At approximately 1:29 p.m., BPAs initiated a traffic stop to conduct an immigration inspection on the occupants. As they attempted to pull the vehicle over it accelerated and sped away. BPAs attempted a boxing-in maneuver near MM24 on FR19. As BPAs were conducting the boxing-in maneuver the vehicle slowed down, then abruptly veered off the road and drove through a barbed wire fence. The Tahoe continued west bound through the desert, driving though brush and deep washes. BPAs parked their marked Border Patrol vehicles where the vehicle drove though the fence and pursued on foot. The Tahoe continued for about three tenths of a mile before coming to a stop.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Rebeca Ramirez-Maria

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL NAME and TITLE<br>Nick Piccolo<br>Border Patrol Agent |
|---|---|
| **Sworn by telephone** _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 16, 2026 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: J. Kreamer Hope

**Continued from front page.**

When BPAs got to the vehicle, they found it abandoned. BPAs searched the area and were able to locate the driver, **Jose Baudel Reyes**, a United States citizen and two other subjects. The subjects were identified as **Eduardo Miguel Ortega-Sanchez** and Rebeca Ramirez-Maria, both admitted to being citizens and nationals of Mexico. Record checks revealed **Ortega** and Ramirez, do not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material witness Rebeca Ramirez-Maria stated she is a citizen and national of Mexico. Her Aunt made arrangements in Mexico for her to be smuggled into the United States for an unknown amount of money. She illegally crossed into the U.S. on June 14, 2026, with two other people including a foot guide. She described the foot guide as a male, around 65 cm, skinny, light brown skin, wearing a long blue jeans and black shirt. They made it to the load up spot where they were to be picked up. The foot guide was using his cell phone using WhatsApp application to navigate in the desert. The foot guide was talking on the phone with the driver and that is how they got into the vehicle. The foot guide had a picture of the vehicle that picked them up. The vehicle that picked them up was a four door SUV. She described the driver as a skinny, light brown complexioned, male driver wearing a black shirt and blue long jeans. She was the second person to enter the gray vehicle and sat behind the passenger seat. After they got into the SUV a BPAs pulled them over, but the driver failed to yield. The driver told them to remove their camouflage clothes. The driver told them to run away whenever he completely stopped the SUV. She stated that the foot guide was apprehended but she is not sure about the driver being apprehended. BPAs provided a photo array with six pictures to Ramirez where she identified SUBJECT #3, **Eduardo Miguel Ortega-Sanchez**, as the foot guide.

After waiving his *Miranda Rights* principal **Eduardo Miguel Ortega-Sanchez** stated he is a citizen and national of Mexico. His cousin made arrangements in Mexico for him to be smuggled into the United States and paid $5,000 USD. He illegally crossed into the U.S. on June 13, 2026, with one other person. They made it to the load up spot. He described the vehicle as a four door Blue Chevy Tahoe. There was a light brown, skinny, tall male driver wearing a blue shirt and blue long jeans. They waited approximately twelve minutes before the Tahoe arrived. The coordinator sent him a picture of the Tahoe through a green application on his cellular phone. He received locations from the coordinator to navigate through the desert. He was the first person to enter the Tahoe and sat on the middle rear seat. BPAs pulled them over near South Komelik, AZ but the driver failed to yield. The driver finally yielded in Sells, AZ. The driver told them to run away from the BPAs when he finally stopped. He identified **Jose Baudel Reyes** as the driver of the Tahoe when presented a photo array including **Baudel Reyes**.